UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| CHARLES KIEFFE,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | 5:19-CV-05067-JLV<br><br>ORDER APPOINTING COUNSEL |

This matter is before the court pursuant to petitioner Charles Kieffe's motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Pursuant to the Criminal Justice Act, 18 U.S.C. §§ 3006(a)(1) and (c), and United States District Judge Jeffrey L. Viken's Standing Order dated October 31, 2019, the Federal Public Defender for the Districts of South Dakota and North Dakota was appointed to represent all financially eligible defendants in criminal cases in this district who may be eligible to seek a reduced or modified sentence based upon the decision in <u>United States v. Davis</u>, 139 S. Ct. 2319 (2019) and subsequent Court decisions.

Mr. Kieffe's § 2255 habeas petition seeks to reduce or modify his sentence pursuant to <u>United States v. Davis</u>. This Court entered an Order granting the Federal Public Defender for the District of South Dakota's motion to withdraw from Mr. Kieffe's case due to a continuing conflict of interest. (Doc. 13). Accordingly, it is hereby

ORDERED that Ellery Grey is hereby appointed to represent the petitioner in the above entitled case.

DATED this 28th day of January, 2020.

BY THE COURT:

_____
DANETA WOLLMANN
United States Magistrate Judge